[Civil No. 410.]

THE COUNTY OF PINAL, Plaintiff in Error, v. GEORGE PUSH et al., Defendants in Error.

WRIT OF ERROR from the District Court of the Third Judicial District in and for the County of Maricopa.  Joseph H. Kibbey, Judge.

Kibbey & Israel, for Plaintiff in Error.

S. M. Franklin, for Defendants in Error.

January 16, 1894. Affirmed.